# HANG & ASSOCIATES, PLLC
ATTORNEYS AT LAW
136-20 38th Avenue, Suite 10G
Flushing, New York 11354

March 17, 2020

Shan Zhu, Esq.
Tel : (718) 353-8588
Fax: (718) 353-6288
Email: szhu@hanglaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___3/17/2020___

**VIA ECF**
Hon. Mary Key Vyskocil
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, NY 11201

Re:  Pimentel v. 615 W. 176th St. LLC et al.
Case No. 19-cv-1374-JCK
Consent motion for adjournment

Dear Hon. Vyskocil:

This firm represents the Defendants in the above-referenced matter. I am writing with consent from my adversary to adjourn the pre-motion conference scheduled for March 24, 2020, at 10:00 am as well as the joint letter for March 17, 2020, for 30 days or to days the Court deem proper.

The reason for this request is that the Defendants' counsel feels sick recently during this wide-spread coronavirus time.

In light of this, I, with consent from the Plaintiff's counsel, respectfully request the Court to adjourn the pre-motion conference as well as the deadline to file the joint letter for 30 days to April 23, 2020 for the pre-motion conference and April 16 for the joint letter or to days the Court deemed proper.

We thank the Court for its time and attention to this matter.

Very Truly Yours,

/s/ *Shan Zhu*
Shan Zhu, Esq.
136-20 38th Ave.
Flushing, NY 11354
(718)353-8588

**Granted. SO ORDERED.**

Date: ___3/17/2020___
New York, New York

Mary Kay Vyskocil
United States District Judge