**Rapaport Law Firm, PLLC**
**91 Seven Hills Lake Drive**
**Carmel, NY 10512**
212.382.1600
www.RapaportLaw.com

**INVOICE/STATEMENT OF
SERVICES**

May 29, 2020

Invoice Number: 4770
Matter Name:    Manuel Pimentel v. 615 W. 176th Street LLC

Period:   1/29/2018   through  5/29/2020

**ATTORNEY SERVICES**

Professional Services by Marc A. Rapaport

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Karina Gulfo** | | | | |
| 1/25/2019 Karina Gulfo | Communicate (with client) A106 Spoke with client and MR over phone re. employment details | | 0.50 95.00/hr | 47.50 |
| 1/28/2019 Karina Gulfo | Review/analyze A104 Read and edited draft complaint | | 0.60 95.00/hr | 57.00 |
| 2/6/2019 Karina Gulfo | Communicate (in firm) A105 Drafted letter to Con Edison re. client's gas; emailed MR re. same | | 0.30 95.00/hr | 28.50 |
| 2/11/2019 Karina Gulfo | Draft/revise A103 Reviewed draft of Complaint by MR and made further edits | | 1.00 95.00/hr | 95.00 |
| Karina Gulfo | Communicate (with client) A106 Meeting with client & MR; extensive phone call with Con Edison re. ▮▮▮ | | 1.60 95.00/hr | 152.00 |

|  |  | Hrs/Rate | Page     2<br>Amount |
|---|---|---|---|

█████████████

| Date | Name | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/13/2019 | Karina Gulfo | Initial Document Preparation/<br>P400<br>Filed complaint, civil cover sheet and summonses on ECF | 0.60<br>95.00/hr | 57.00 |
| 2/15/2019 | Karina Gulfo | Communicate (other external<br>A108<br>Called ECF help desk re. notice; re-filed complaint and summonses as directed by clerk | 0.60<br>95.00/hr | 57.00 |
| 2/20/2019 | Karina Gulfo | Communicate (other external<br>A108<br>Wrote letter to Gotham Process re. service on Ds; requested pick up of summonses and complaints from messenger service to deliver to Gotham tomorrow | 0.30<br>95.00/hr | 28.50 |
| 3/22/2019 | Karina Gulfo | Communicate (with client)<br>A106<br>Meeting with client and MR | 1.00<br>95.00/hr | 95.00 |
| 4/3/2019 | Karina Gulfo | Activities<br>A100<br>Attention to service of process issues; meeting with MR re same; research individual def's address | 1.00<br>95.00/hr | 95.00 |
|  | Karina Gulfo | Communicate (other external<br>A108<br>Attention to: continued efforts to effectuate service of pleadings on defendant Piper; telephone calls and emails with Gotham Process Service; prepare new sets of pleadings for service and provide new info.  Discussion with MR re same | 0.43<br>95.00/hr | 41.17 |

| | | | Page 3 |
|---|---|---|---|
| | | Hrs/Rate | Amount |
| 4/22/2019 Karina Gulfo | Communicate (with client)<br>A106<br>Teleph call with Mr. Pimentel | 0.10<br>95.00/hr | 9.50 |
| Karina Gulfo | Manage data/files<br>A110<br>Filed AOS for Chong Piper on ECF | 0.10<br>95.00/hr | 9.50 |
| Karina Gulfo | Communicate (in firm)<br>A105<br>Discussion with MR; schedule meeting with Mr. Pimentel | 0.27<br>95.00/hr | 25.33 |
| 4/23/2019 Karina Gulfo | Communicate (other external<br>A108<br>Comm's with Mr. Ross, attorney who was contacted by defendants | 0.27<br>95.00/hr | 25.33 |
| 4/24/2019 Karina Gulfo | Communicate (with client)<br>A106<br>Met with client and MR; serve as Spanish-English interpreter in meeting | 1.20<br>95.00/hr | 114.00 |
| 4/26/2019 Karina Gulfo | Manage data/files<br>A110<br>File and document mgmt | 0.20<br>95.00/hr | 19.00 |
| Karina Gulfo | Communicate (with client)<br>A106<br>Teleph call with client and meeting with MR | 0.20<br>95.00/hr | 19.00 |
| 6/12/2019 Karina Gulfo | Manage data/files<br>A110<br>Calendared deadlines; reviewed docket and downloaded Defts filings | 0.30<br>95.00/hr | 28.50 |
| 6/20/2019 Karina Gulfo | Communicate (with client)<br>A106<br>Called client per MR request; | 0.27<br>95.00/hr | 25.33 |

| | | | Page 4 |
|---|---|---|---|
| | | Hrs/Rate | Amount |

| Date | Name | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/2/2019 | Karina Gulfo | Manage data/files<br>A110<br>Saved notice of Defts attorney change to our files | 0.08<br>95.00/hr | 7.92 |
| 7/11/2019 | Karina Gulfo | Manage data/files<br>A110<br>Reviewed court order; calendered new deadline | 0.07<br>95.00/hr | 6.33 |
| 7/25/2019 | Karina Gulfo | Communicate (other external<br>A108<br>Emailed interpreter re. her availability for mediation | 0.05<br>95.00/hr | 4.75 |
| 7/26/2019 | Karina Gulfo | Communicate (with client)<br>A106<br>Spoke with client; advised him re. mediation | 0.03<br>95.00/hr | 3.17 |
| 8/20/2019 | Karina Gulfo | Communicate (with client)<br>A106<br>Telephone call with client; calendar deadline re. mediation | 0.10<br>95.00/hr | 9.50 |
| 8/21/2019 | Karina Gulfo | Communicate (with client)<br>A106<br>Met with client; translated for MR | 1.70<br>95.00/hr | 161.50 |
| 8/30/2019 | Karina Gulfo | Review/analyze<br>A104<br>Proofread mediation statement | 0.40<br>95.00/hr | 38.00 |
| 9/3/2019 | Karina Gulfo | Communicate (other external<br>A108<br>Review e-mail from interpreter Carmen Simeonides; forward same to Marc and Marcela; call with Carmen | 0.10<br>95.00/hr | 9.50 |
| | Karina Gulfo | Manage data/files<br>A110<br>Mediation prep | 1.50<br>95.00/hr | 142.50 |

|  |  | Hrs/Rate | Page    5<br>Amount |
|---|---|---|---|
| 9/10/2019 Karina Gulfo | Review/analyze<br>A104<br>Review docket; email MR re. status update deadline | 0.20<br>95.00/hr | 19.00 |
| 10/1/2019 Karina Gulfo | Activities<br>A100<br>Meeting with client; interpret for MR; ▮▮▮▮▮▮ e▮<br>▮▮▮▮▮▮▮▮ | 1.20<br>95.00/hr | 114.00 |
| 10/9/2019 Karina Gulfo | Discovery<br>L300<br>Edit Pltf Responses to Defts 1st Req for production | 1.60<br>95.00/hr | 152.00 |
| 10/29/2019 Karina Gulfo | Manage data/files<br>A110<br>Calendared new deadlines per court order document no. 34 | 0.08<br>95.00/hr | 7.92 |
| 11/1/2019 Karina Gulfo | Discovery<br>L300<br>worked on response to interrogatories; called client for meeting | 0.75<br>95.00/hr | 71.25 |
| 11/5/2019 Karina Gulfo | Discovery<br>L300<br>Edited damages chart | 0.25<br>95.00/hr | 23.75 |
| Karina Gulfo | Communicate (other external<br>A108<br>batestamp documents; sent discovery responses to other side | 0.60<br>95.00/hr | 57.00 |
| 11/19/2019 Karina Gulfo | Draft/revise<br>A103<br>Worked on response to notice to produce & attention to production | 1.00<br>95.00/hr | 95.00 |
| Karina Gulfo | Draft/revise<br>A103<br>edit responses to; attention to production; draft subpoena | 1.37<br>95.00/hr | 129.83 |

|  |  |  | Page    6 |
|---|---|---|---|
|  |  | Hrs/Rate | Amount |
| 12/30/2019 Karina Gulfo | Communicate (other external<br>A108<br>Calls with defts' counsel | 0.13<br>95.00/hr | 12.67 |
| 1/22/2020 Karina Gulfo | Communicate (with client)<br>A106<br>Call with Pimentel; email to<br>MR re same | 0.08<br>95.00/hr | 7.92 |
| 1/29/2020 Karina Gulfo | Communicate (other external<br>A108<br>Rec'd call from Shan Zu;<br>email to MR re. same | 0.05<br>95.00/hr | 4.75 |
| 1/31/2020 Karina Gulfo | Draft/revise<br>A103<br>proofread letter to court | 0.20<br>95.00/hr | 19.00 |
| 3/17/2020 Karina Gulfo | Communicate (other external<br>A108<br>Call with MR re. deadline;<br>conference call to defts'<br>counsel; left message with<br>Ms. Seo's assistant; advised<br>them of deadline and court<br>order; also that they should<br>file their request for an<br>extension of time | 0.17<br>95.00/hr | 15.83 |
| 4/16/2020 Karina Gulfo | Communicate (with client)<br>A106<br>call with client; email to Mr<br>re. same | 0.12<br>95.00/hr | 11.08 |
| 4/20/2020 Karina Gulfo | Communicate (with client)<br>A106<br>Conference call with MR and<br>client re. explanation of<br>settlement | 0.43<br>95.00/hr | 41.17 |
| 4/22/2020 Karina Gulfo | Draft/revise<br>A103<br>Attention to tax forms for<br>client | 0.17<br>95.00/hr | 15.83 |
| 5/13/2020 Karina Gulfo | Draft/revise<br>A103<br>Revise Cheeks letter | 0.67<br>95.00/hr | 63.33 |

| | | | Hrs/Rate | Page    7<br>Amount |
|---|---|---|---|---|
| 5/18/2020 | Karina Gulfo | Communicate (other external<br>A108<br>E-mail to defts counsel re.<br>status of signed settlement<br>agreement; call with MR re.<br>same | 0.27<br>95.00/hr | 25.33 |
| | SUBTOTAL: | | [    24.21 | 2,298.99] |
| | Marc Rapaport | | | |
| 1/25/2019 | Marc Rapaport | Communicate (with client)<br>A106<br>Spoke with client over phone | 0.30<br>400.00/hr | 120.00 |
| 1/26/2019 | Marc Rapaport | Pleadings<br>L210<br>Draft complaint | 3.00<br>400.00/hr | 1,200.00 |
| 1/28/2019 | Marc Rapaport | Pleadings<br>L210<br>Review complaint with KG's<br>edits | 0.60<br>400.00/hr | 240.00 |
| 2/1/2019 | Marc Rapaport | Pleadings<br>L210<br>Review KG's edits to<br>complaint; make further edits | 0.50<br>400.00/hr | 200.00 |
| 2/11/2019 | Marc Rapaport | Communicate (with client)<br>A106<br>Meeting with client & KG;<br>extensive phone call with<br>Con Edison re. client's<br>utilities and LLs harassment<br>of clt. | 1.60<br>400.00/hr | 640.00 |
| | Marc Rapaport | Draft/revise<br>A103<br>Further drafting of complaint | 2.50<br>400.00/hr | 1,000.00 |
| 2/12/2019 | Marc Rapaport | Researching Law<br>C200<br>Legal research re: issues<br>relating to defendants'<br>coercive tactics with respect<br>to plaintiff's rent-stabilized<br>tenancy; nyc and nys rent<br>stabil laws; fair housing<br>precedent | 2.00<br>400.00/hr | 800.00 |

|  |  | | Page 8 |
| --- | --- | --- | --- |
|  |  | Hrs/Rate | Amount |
| 2/15/2019 Marc Rapaport | Activities<br>A100<br>Meeting with Mr. Pimentel; draft apartment rent history authorization form and obtain client's signature of same | 0.50<br>400.00/hr | 200.00 |
| 3/22/2019 Marc Rapaport | Communicate (with client)<br>A106<br>Meeting with client | 1.00<br>400.00/hr | 400.00 |
| 4/3/2019 Marc Rapaport | Activities<br>A100<br>Draft letter to defendants re: scheduled initial conference date; enclose copy of Judge Koeltl's individual practices and order; review affidavits of service; instruct process server to further effectuate service on individual defendant in FL | 0.70<br>400.00/hr | 280.00 |
| 4/22/2019 Marc Rapaport | Activities<br>A100<br>Receive and review affidavit of service re service of process on person of suitable age reflecting service on individual defendant Piper; discussion with K Gulfo re same | 0.20<br>400.00/hr | 80.00 |
| Marc Rapaport | Activities<br>A100<br>Telephone call to Matthew Ross, the landlord-tenant attorney for defendants; leave vm message advising of defendants' default and requesting response from him regarding whether defendants' intend to appear/respond to complaint; Ross' phone number: (212) 575-4874; discussions with K Gulfo re same | 0.20<br>400.00/hr | 80.00 |

| | | | Hrs/Rate | Page    9<br>Amount |
|---|---|---|---|---|
| 5/1/2019 | Marc Rapaport | Communicate (other external<br>A108<br>Email to Matthew Ross, Esq.<br>with copy of letter motion<br>filed this evening | 0.20<br>400.00/hr | 80.00 |
| | Marc Rapaport | Draft/revise<br>A103<br>Draft letter to Judge Koeltl re<br>adjournment request | 0.30<br>400.00/hr | 120.00 |
| | Marc Rapaport | Communicate (other external<br>A108<br>Lengthy telephone call with<br>defendants' landlord tenant<br>counsel re: defendants are<br>interested in discussing<br>global settlement (including<br>time period for client to<br>vacate apt) and unpaid<br>wages prior to retaining<br>separate counsel to enter<br>appearance in federal court;<br>discuss adjournment of initial<br>court dates in both eviction<br>proceeding and federal court<br>case | 0.60<br>400.00/hr | 240.00 |
| 5/8/2019 | Marc Rapaport | Communicate (with client)<br>A106<br>Teleph call with Mr. Pimentel<br>(KG as interpreter) re<br>settlement-related issues,<br>including our damages<br>calculations | 0.20<br>400.00/hr | 80.00 |
| | Marc Rapaport | Draft/revise<br>A103<br>Prepare initial damages<br>chart for settlement purposes | 1.00<br>400.00/hr | 400.00 |
| 5/28/2019 | Marc Rapaport | Activities<br>A100<br>Telephone call with Mr. Chun | 0.10<br>400.00/hr | 40.00 |
| 6/11/2019 | Marc Rapaport | Appear for/attend<br>A109<br>Appear and attend initial<br>conference | 1.00<br>400.00/hr | 400.00 |

| | | | Hrs/Rate | Page 10<br>Amount |
|---|---|---|---|---|
| 7/2/2019 | Marc Rapaport | Activities<br>A100<br>Receive and respond to email from Mr. Reice (mediator) re mediation | 0.30<br>400.00/hr | 120.00 |
| 7/8/2019 | Marc Rapaport | Activities<br>A100<br>Receive, review and sign stipulation prepared by defendants' new counsel re: extending deadline for defendants to file amended answer to complaint | 0.23<br>400.00/hr | 93.33 |
| | Marc Rapaport | Communicate (other external<br>A108<br>Call with Defts' attorney Ken Maeng | 0.23<br>400.00/hr | 93.33 |
| 8/20/2019 | Marc Rapaport | Communicate (other external<br>A108<br>Telephone call w/ Defts Counsel; email to mediator | 0.30<br>400.00/hr | 120.00 |
| | Marc Rapaport | Review/analyze<br>A104<br>Review of mediation rules and procedures | 0.30<br>400.00/hr | 120.00 |
| 8/21/2019 | Marc Rapaport | Communicate (with client)<br>A106<br>Met with client | 1.70<br>400.00/hr | 680.00 |
| 8/26/2019 | Marc Rapaport | Activities<br>A100<br>Attention to damages analysis for settlement purposes; meetings with KG re same; proofread and double-check calculations | 1.00<br>400.00/hr | 400.00 |
| 8/30/2019 | Marc Rapaport | Activities<br>A100<br>Further edits to mediation statement | 2.00<br>400.00/hr | 800.00 |
| 9/3/2019 | Marc Rapaport | Plan and Prepare for<br>A101<br>Extensive preparation for mediation, including review of ACRIS and DHCR records | 4.00<br>400.00/hr | 1,600.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|

| | | relating to defendants' buildings to estimate their revenues for purpose of establishing that they meet 500k threshold; review SDNY decisions re: integrated enterprise; further review of defs' document production and their wage analysis/calc's | | |
|---|---|---|---|---|
| 9/4/2019 | Marc Rapaport | Appear for/attend A109 Appear and attend mediation and Foley Square Courthouse; matter not settled | 3.50 400.00/hr | 1,400.00 |
| 9/24/2019 | Marc Rapaport | Discovery L300 Draft First Rogs and Notice to Produce to defs; draft depo notice to def. Piper | 2.00 400.00/hr | 800.00 |
| 10/1/2019 | Marc Rapaport | Discovery L300 Meeting with Client; KG as interpreter;  Prepare response to Defs' Notices to Admit | 1.20 400.00/hr | 480.00 |
| 10/9/2019 | Marc Rapaport | Draft/revise A103 Finalize and serve Plaintiff's Response to Defs' First Req's for Admissions | 0.60 400.00/hr | 240.00 |
| 10/18/2019 | Marc Rapaport | Communicate (other external A108 Email to defendants' counsel re discovery | 0.20 400.00/hr | 80.00 |
| 10/24/2019 | Marc Rapaport | Activities A100 Receive and review documents from defendants' counsel relating to joint motion to extend discovery deadline; telephone calls with defendants' counsel re discovery issues; receive | 0.50 400.00/hr | 200.00 |

| | | | Hrs/Rate | Page 12<br>Amount |
|---|---|---|---|---|
| | | and review edits to proposed letter; approve same | | |
| 11/1/2019 | Marc Rapaport | Discovery<br>L300<br>Extensive revisions to plaintiff's response to interrogatories, including review of and corrections to itemized damages analysis/chart. Telephone call with client with KG as interpreter | 1.60<br>400.00/hr | 640.00 |
| 11/5/2019 | Marc Rapaport | Activities<br>A100<br>Meeting with Mr. Pimentel with K Gulfo as interpreter | 0.50<br>400.00/hr | 200.00 |
| | Marc Rapaport | Draft/revise<br>A103<br>Prepare First Requests for Admissions to Defendants; meeting with KG re: edits/proofing of same; email same to defs' counsel | 1.00<br>400.00/hr | 400.00 |
| 11/19/2019 | Marc Rapaport | Discovery<br>L300<br>Draft response to document demand | 1.00<br>400.00/hr | 400.00 |
| | Marc Rapaport | Discovery<br>L300<br>Draft FRCP 45 Document Subpoena to Bareburger Restaurant (defendants' tenant) and Notice of Subpoena to defendants; provide notice and copy of subpoena to defendants | 1.33<br>400.00/hr | 533.33 |
| 12/23/2019 | Marc Rapaport | Communicate (other external<br>A108<br>Call with Defts new counsel | 0.08<br>400.00/hr | 33.33 |
| | Marc Rapaport | Activities<br>A100<br>Telephone call with defendants' incoming atty re: defendants have failed to respond to discovery; we | 0.13<br>400.00/hr | 53.33 |

|  |  |  | Page    13 |
| --- | --- | ---: | ---: |
|  |  | Hrs/Rate | Amount |
|  | consent to extend all dates by 30 days |  |  |
| 12/23/2019 Marc Rapaport | Communicate (other external<br>A108<br>Telephone call with defendants' incoming attorney re: defendants have not responded to discovery; discovery deadline is 12/31; we consent to 30 day extension; defs' counsel will file request with court | 0.13<br>400.00/hr | 53.33 |
| Marc Rapaport | Activities<br>A100<br>Calendar agreed-upon deadlines | 0.07<br>400.00/hr | 26.67 |
| 12/30/2019 Marc Rapaport | Activities<br>A100<br>Further telephone call with defendants' counsel re: defendants' refusal t cooperate with discovery | 0.10<br>400.00/hr | 40.00 |
| Marc Rapaport | Communicate (other external<br>A108<br>Telephone call with defendants' counsel Shan Zhu re: reiterate importance of writing joint letter motion re extension of discovery deadlines | 0.10<br>400.00/hr | 40.00 |
| 1/13/2020 Marc Rapaport | Activities<br>A100<br>Letter to Defendants' counsel re Defendants' failure to provide discovery | 0.50<br>400.00/hr | 200.00 |
| 1/21/2020 Marc Rapaport | Discovery<br>L300<br>Review defendants' discovery responses; email to defendants' counsel re failure to provide responsive answers and documents in discovery | 2.00<br>400.00/hr | 800.00 |

| Date | Name | Activities | Hrs/Rate | Page 14<br>Amount |
|---|---|---|---|---|
| 1/22/2020 | Marc Rapaport | Activities<br>A100<br>Lengthy comm's with defendants' counsel re discovery and settlement-related issues | 0.50<br>400.00/hr | 200.00 |
| 1/23/2020 | Marc Rapaport | Activities<br>A100<br>Further settlement-related comm's | 0.43<br>400.00/hr | 173.33 |
| 1/29/2020 | Marc Rapaport | Activities<br>A100<br>Receive and review defendants' Initial Disclosures | 0.50<br>400.00/hr | 200.00 |
|  | Marc Rapaport | Activities<br>A100<br>Lengthy telephone call with defendants' counsel agreeing to discovery schedule for depositions in February | 0.50<br>400.00/hr | 200.00 |
|  | Marc Rapaport | Activities<br>A100<br>Emails with defendants' counsel re defendants' retraction of agreement as to deposition schedule and related discovery issues | 0.60<br>400.00/hr | 240.00 |
|  | Marc Rapaport | Activities<br>A100<br>Receive, review and respond to Defendants' disclosure of new witnesses | 0.50<br>400.00/hr | 200.00 |
|  | Marc Rapaport | Activities<br>A100<br>Extensive comm's with defendants' counsel re deficiencies in defendants' disclosure of witnesses and other discovery disputes | 1.50<br>400.00/hr | 600.00 |
| 3/17/2020 | Marc Rapaport | Activities<br>A100<br>Receive and review court order and calendar new dates | 0.10<br>400.00/hr | 40.00 |

| | | | Hrs/Rate | Page 15<br>Amount |
|---|---|---|---|---|
| 3/27/2020 | Marc Rapaport | Negotiation/Revision/Respon<br>P500<br>Multiple settlement comm's<br>with defendants' counsel | 0.47<br>400.00/hr | 186.67 |
| 4/8/2020 | Marc Rapaport | Activities<br>A100<br>Receive and review email<br>from defendants' counsel<br>with draft, proposed letter to<br>court; respond to same | 0.47<br>400.00/hr | 186.67 |
| 5/13/2020 | Marc Rapaport | Activities<br>A100<br>Attention to Cheeks<br>application for approval of<br>settlement agreement;<br>discussions with Mr. Pimentel | 2.00<br>400.00/hr | 800.00 |
| 5/28/2020 | Marc Rapaport | Activities<br>A100<br>Email comm's with<br>defendants' counsel; receive<br>and review agreement<br>signed by defendants | 0.20<br>400.00/hr | 80.00 |
| 5/29/2020 | Marc Rapaport | Activities<br>A100<br>Attention to/finalize<br>application for approval of<br>settlement agreement and<br>legal fees; discussions with<br>KG re same; review history<br>bill | 1.50<br>400.00/hr | 600.00 |
| | SUBTOTAL: | | [    52.37 | 20,953.32] |
| | Marcela Cabezas | | | |
| 1/26/2019 | Marcela Cabezas | Activities<br>A100<br>Telephone calls with Mr.<br>Pimentel and meeting with<br>MR re lawsuit | 1.50<br>115.00/hr | 172.50 |
| 4/23/2019 | Marcela Cabezas | Communicate (with client)<br>A106<br>Telephone calls with Mr.<br>Pimentel | 0.20<br>115.00/hr | 23.00 |

|  | Hrs/Rate | Page   16<br>Amount |
|---|---|---|
| SUBTOTAL: | [    1.70 | 195.50] |
| Total Amount Due for this Period | 78.28 | $23,447.81 |

Additional Charges :

Karina Gulfo

| Date | Description | Amount |
|---|---|---|
| 2/13/2019 | Complaint Filing Fee<br>Court Fees<br>E112 | 400.00 |
| 2/20/2019 | Mess Kollective messenger service<br>Delivery services/messengers<br>E107 | 10.00 |
|  | Sent check 4094 to gotham for NY Sec of State for service on 615 W 176th Street LLC<br>Delivery services/messengers<br>E107 | 40.00 |
| 2/26/2019 | gotham process work ticket no. 1108739 for service on 615 W. 176th St. LLC<br>Delivery services/messengers<br>E107 | 50.00 |
| 2/27/2019 | gotham process work ticket no. 1108740 for service on Chong S. Piper<br>Delivery services/messengers<br>E107 | 50.00 |
| 4/3/2019 | Messenger service to Gotham invoice 2019-1031<br>Delivery services/messengers<br>E107 | 13.00 |
|  | Copies of complaints for service on Piper - 2nd attempt<br>Copying<br>E101 | 6.25 |
| 4/6/2019 | Service out of state on Chong S. Piper -- Gotham ticket number 1114781 | 175.00 |

Page    17

|  |  |  | Amount |
|---|---|---|---|
|  |  | Delivery services/messengers<br>E107 |  |
|  | 7/19/2019 | Court electronic records fee<br>Court Fees<br>E112 | 0.10 |
|  | 9/4/2019 | Interpreter fee re. mediation<br>Other professionals<br>E123 | 255.00 |
|  | 10/23/2019 | Pacer Fees<br>Court Fees<br>E112 | 0.50 |
|  | 11/21/2019 | Process server fee re.<br>subpoena<br>Other professionals<br>E123 | 50.00 |
|  | 12/23/2019 | Pacer Fees<br>Court Fees<br>E112 | 0.10 |
|  | 12/30/2019 | Pacer Fees<br>Court Fees<br>E112 | 0.20 |

SUBTOTAL:                                                                    [   1,050.15]

Marc Rapaport

|  |  |  |  |
|---|---|---|---|
|  | 2/12/2019 | In-house copies at 0.25 per<br>page<br>Copying<br>E101 | 82.75 |
|  |  | Federal Court Pacer Charges<br>Court Fees<br>E112 | 3.00 |
|  | 2/15/2019 | SDNY Filing Fee<br>Court Fees<br>E112 | 400.00 |
|  | 4/3/2019 | In-house copies at 0.25 per<br>page<br>Copying<br>E101 | 5.50 |

| | | | Amount |
|---|---|---|---|
| 4/3/2019 | | Federal Express, Transaction No. 930227407167 Expenses E100 | 17.28 |
| 7/18/2019 | | PACER charge  (docket search) Court Fees E112 | 0.50 |
| 8/15/2019 | | Court electronic records fee Court Fees E112 | 0.40 |
| 8/20/2019 | | Court electronic records fee Court Fees E112 | 2.70 |
| 9/4/2019 | | Court electronic records fee Court Fees E112 | 3.30 |
| 9/10/2019 | | Court electronic records fee Court Fees E112 | 0.60 |
| 9/20/2019 | | Court electronic records fee Court Fees E112 | 0.70 |
| 11/19/2019 | | In-house copies at 0.25 per page Copying E101 | 5.00 |

SUBTOTAL:                                                     [      521.73]

Total additional charges                                      $1,571.88

Total amount of this bill                                     $25,019.69